UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YASSER USMAN TOOR,                )
                                  )
          Plaintiff(s),           )      No. C07-0645 BZ
                                  )
     v.                           )      **SCHEDULING ORDER**
                                  )
DAVID N. STILL, District          )
Director, USCIS, San              )
Francisco District Office,        )
et al.,                           )
                                  )
          Defendant(s).           )
_____

     Having received defendants' motion to dismiss, **IT IS ORDERED** as follows:

     1.  Plaintiff's opposition, if any, shall be filed by **Wednesday, June 6, 2007;**

     2.  Defendant's reply, if any, shall be filed by **Wednesday, June 13, 2007;**

     3.  The motion shall be heard on **Wednesday, July 11, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California

///

///

1

1    94102.

2    Dated:   May 15, 2007

3                              _____
                                    Bernard Zimmerman
4                              United States Magistrate Judge

5
     G:\BZALL\-BZCASES\Toor v. Still\SCH.ORDER.wpd
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28