UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSER USMAN TOOR,<br><br>         Plaintiff(s),<br><br>    v.<br><br>DAVID N. STILL, District Director, USCIS, San Francisco District Office, et al.,<br><br>         Defendant(s). | No. C07-0645 BZ<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that a status conference for the purpose of scheduling a trial and pretrial matters is scheduled for **September 10, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 8, 2007

                                      Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\Toor v. Still\ORDER.SCHED.STATUS CONF.wpd

1