1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   YASSER USMAN TOOR,                    )
12                                       )   No. C 07-0645 BZ
            Plaintiff,                   )
13                                       )
        v.                               )
14                                       )   **STIPULATION TO RESET THE**
   DAVID N. STILL, District Director, USCIS )   **STATUS CONFERENCE;**
15 San Francisco District Office;         )   **and [PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, USCIS;  )
16 ROBERT COWAN, Director, USCIS         )
   National Benefits Center;             )
17 ROBERT S. MUELLER, Director           )
   Federal Bureau of Investigation;      )
18 MICHAEL CHERTOFF, Secretary,          )
   Department of Homeland Security;      )
19 ALBERTO GONZALES, Attorney General,   )
   Department of Justice,                )
20                                       )
            Defendants.                  )
21 _____)

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff Yasser Usman Toor filed a complaint on or about January 31, 2007 seeking

25 adjudication of his adjustment of status application.

26     2. On July 25, 2007, the United States Citizenship and Immigration Services granted

27 plaintiff's application.

28     3. Plaintiff is awaiting receipt of his alien registration card in the mail, which the parties

Stipulation to Reset Status Conference
C07-0645 BZ                              1

1  believe will occur imminently.
2  4. In light of the foregoing, the parties respectfully ask the Court to reset the status conference
3  scheduled for September 10, 2007, to October 15, 2007.
4  5. Should Plaintiff receive his card before then, the parties intend to stipulate to dismiss.

Dated: September 5, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            /s/
                                            _____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Defendants

                                            /s/
Dated: September ____, 2007                 _____
                                            KIP EVAN STEINBERG
                                            Attorney for Plaintiff

**ORDER**  Continued to Oct 22 at 4pm

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7 Sept 07                            _____
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge

Stipulation to Reset Status Conference
C07-0645 BZ                                 2