| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169

7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

| YASSER USMAN TOOR, | ) | |
|---|---|---|
| | ) | No. C 07-0645 BZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| DAVID N. STILL, District Director, USCIS | ) | [PROPOSED] **ORDER** |
| San Francisco District Office; | ) | |
| EMILIO T. GONZALEZ, Director, USCIS; | ) | |
| ROBERT COWAN, Director, USCIS | ) | |
| National Benefits Center; | ) | |
| ROBERT S. MUELLER, Director | ) | |
| Federal Bureau of Investigation; | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| Department of Justice, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0645 BZ                             1

| | |
|---|---|
| Dated: September 17, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: September 15, 2007 | /s/<br>KIP EVAN STEINBERG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 18 Sept 07

BERNARD ZIMMERMAN
United States Magistrate Judge

Stipulation to Dismiss
C07-0645 BZ                                    2